**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Lidhar Hospitality, LLC d/b/a Surestay Hotel by Best Western,

Plaintiff,

-against-

Mt. Hawley Insurance Company,

Defendant.

1:25-cv-01488 (ER) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for settlement. (Referral Order, ECF No. 45.) It is hereby ORDERED that, no later than Wednesday, February 18, 2026, the parties jointly shall submit, via email to Aaron_NYSDChambers@nysd.uscourts.gov, at least four mutually agreeable dates when all parties and counsel are available for a settlement conference.

The email should indicate whether the parties are available for the selected dates in the morning, afternoon, or both, and indicate their preference for an in-person conference or a remote conference using Microsoft Teams. The parties should consult Judge Aaron's Settlement Conference Procedures, available on the SDNY website, for the attendance requirements for the settlement conference.

**SO ORDERED.**

DATED:      New York, New York
            March 11, 2026

_____
STEWART D. AARON
United States Magistrate Judge